1  The Law Office of Olaf W. Hedberg
   Olaf W. Hedberg, State Bar #151082
2  901 H St., Suite 301
   Sacramento, California 95814
3  (916) 447-1192 office
   ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| THE UNITED STAES OF AMERICA, | Case Number: 2:24-cr-00306-JAM |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| EUSEBIO CRUZ and ANGEL PONCE, | |
| Defendants. | |

STIPULATION

   The Parties Plaintiff United States of America, by and through its counsel of record, Matthew De Moura, and defendant Eusebio Cruz, by and through his counsel of record, Olaf Hedberg, and defendant Angel Ponce, by and through his counsel of record, Philippa Lauben, hereby stipulate as follows:

1. By stipulation this matter had previously been set for a Status Conference before the Hon. Dale A. Drozd on May 5, 2025.

2. On April 21, 2025 the Court issued an Order reassigning this matter to the Hon. John A. Mendez;

3. On April 23, 2025 the Court issued a Minute Order directing the parties to contact the Court regarding new dates for the case. Subsequently the Court issued an email indicating that August 5, 2025 was available.

4. The parties agree and request that the Court find that;

   a) The government has represented that the discovery associated with this case includes

1

numerous reports and recordings, including investigative reports, surveillance data, audio and video recordings and photographs, and lab reports. The government has produced some discovery, but represents that more is forthcoming:

    b) Counsel for defendants desire additional time to consult with their clients, review current charges, conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and otherwise prepare for trial.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation taking into account the exercise of due diligence;

    d) Neither the Government nor the defense objects to the continuance.

    e) Based upon the above-stated facts, the ends of justice served by the requested continuance outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, Et seq., within which trial must commence, the time period of May 5, 2025 to August 5, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7) (A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    g) Nothing in this stipulation and order shall preclude a finding that other provisions of the Seedy Trial Act dictate that additional time periods are excludable from the time period within a trial must commence.

    IT IS SO STIPULATED

Dated April 24, 2025                    MICHELLE BECKWITH
                                        Acting United States Attorney

                                        /s/ MATTHEW DE MORA
                                        Special Assistant United States Attorney

Dated April 24, 2025

                                        /s/ OLAF W. HEDBERG
                                        Attorney for Eusebio Cruz

Dated April 24, 2025

                                        /s/ PHILLIPPA LAUBEN
                                        Attorney for Angel Ponce

**ORDER**

Based on the stipulation of the parties, the status conference is **RESET** for **08/05/2025**, at **09:00 a.m.**, in person, in Courtroom 6, before Senior District Judge John A. Mendez.

Time is **EXCLUDED** through and including 08/05/2025, as described in the parties' Stipulation.

IT IS SO ORDERED.

Dated: April 24, 2025            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE