1  The Law Office of Olaf W. Hedberg
   Olaf W. Hedberg, State Bar #151082
2  901 H St., Suite 301
   Sacramento, California 95814
3  (916) 447-1192 office
   ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>EUSEBIO CRUZ and ANGEL PONCE,<br><br>    Defendants. | Case Number: 2:24-cr-00306-JAM<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

STIPULATION

The Parties Plaintiff United States of America, by and through its counsel of record, Matthew De Moura, and defendant Eusebio Cruz, by and through his counsel of record, Olaf Hedberg, and defendant Angel Ponce, by and through his counsel of record, Philippa Lauben, hereby stipulate as follows:

1. By stipulation this matter had previously been set for a Status Conference before the Hon. Dale A. Drozd on May 5, 2025.

2. On April 21, 2025 the Court issued an Order reassigning this matter to the Hon. John A. Mendez;

3. The parties agree and request that the Court find that;

    a) The government has represented that the discovery associated with this case includes

numerous reports and recordings, including investigative reports, surveillance data, audio and video recordings and photographs, and lab reports. The government has produced some discovery, but represents that more is forthcoming:

    b) Counsel for defendants desire additional time to consult with their clients, review current charges, conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and otherwise prepare for trial.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation taking into account the exercise of due diligence;

    d) Neither the Government nor the defense objects to the continuance.

    e) Based upon the above-stated facts, the ends of justice served by the requested continuance outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, Et seq., within which trial must commence, the time period of August 5, 2025 to October 21, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7) (A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    g) Nothing in this stipulation and order shall preclude a finding that other provisions of the Seedy Trial Act dictate that additional time periods are excludable from the time period within a trial must commence.

    IT IS SO STIPULATED

Dated: July 28, 2025  
    KIMBERLY A. SANCHEZ  
    Acting United States Attorney

    /s/ MATTHEW DE MORA  
    Special Assistant United States Attorney

Dated: July 28, 2025  
    /s/ OLAF W. HEDBERG  
    Attorney for Eusebio Cruz

Dated: July 28, 2025  
    /s/ PHILLIPPA LAUBEN  
    Attorney for Angel Ponce

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court **VACATES** the August 05, 2025, **status conference** and **RESETS** the matter for **October 21, 2025, at 9:00 a.m.** The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between August 5, 2025, and October 21, 2025, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time from August 5, 2025, to and including October 21, 2025, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: July 28, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE