**WALSH LAW**
Chris Walsh (CA State Bar No. 235118)
Philippa Lauben (CA State Bar No. 186153)
Colin Child (CA State Bar No. 285187)
Nitin Sapra (CA State Bar No. 326303)
7950 Folsom Auburn Road
Folsom, CA 95630
Phone: (916) 443-1111
Email: chris@walshcriminaldefense.com

Attorneys for Angel Ponce

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case Number: 2:24-cr-00306-JAM |
| Plaintiff, | **FOURTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| V. | |
| EUSEBIO CRUZ and ANGEL PONCE, | |
| Defendants. | |

STIPULATION

The Parties Plaintiff United States of America, by and through its counsel of record, Charles Campbell, and defendant Angel Ponce, by and through his counsel of record, Philippa Lauben, and defendant Eusebio Cruz, by and through his counsel of record, Olaf Hedberg hereby stipulate as follows:

1. By stipulation this matter had previously been set for a Status Conference before the Hon. John A Mendez on October 21, 2025;
2. The parties agree and request that the Court find that;
   a. Counsel for defendants desire additional time to consult with their clients, review current charges, conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and otherwise prepare for trial.

1

      i. Counsel for Angel Ponce has had a family emergency that will impact her ability to be present on October 21, 2025 as well as her ability to prepare for proceedings on that same date. The continuance will allow counsel time to prepare, consult with her client and file relevant motions.

b. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation taking into account the exercise of due diligence;

c. Neither the Government nor the defense objects to the continuance.

d. Based upon the above-stated facts, the ends of justice served by the requested continuance outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, Et seq., within which trial must commence, the time period of October 21, 2025 to January 6, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

f. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the time period within which a trial must commence.

IT IS SO STIPULATED

Dated: October 16, 2025

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
Assistant United States Attorney

Dated: October 16, 2025

/s/ OLAF W. HEDBERG
Attorney for Eusebio Cruz

Dated: October 16, 2025

/s/ PHILIPPA LAUBEN
Attorney for Angel Ponce

## ORDER

Based on the stipulation of the parties, the October 21, 2025 **status conference** is **VACATED** and **RESET** for **Tuesday, January 06, 2026, at 9:00 a.m.** The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between October 21, 2025, and January 6, 2026, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time from October 21, 2025, to and including January 6, 2026, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: October 16, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE