The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>　　　Plaintiff,<br><br>V.<br><br>EUSEBIO CRUZ and ANGEL PONCE,<br><br>　　　Defendants. | Case Number: 2:24-cr-00306-JAM<br><br>Date: January 6, 2026<br>Time: 9 am<br>Location: Courtroom 6, Judge Mendez<br><br>**FIFTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

STIPULATION

　　　The Parties Plaintiff United States of America, by and through its counsel of record, Matthew De Moura, and defendant Eusebio Cruz, by and through his counsel of record, Olaf Hedberg, and defendant Angel Ponce, by and through his counsel of record, Philippa Lauben, hereby stipulate as follows:

1. By stipulation this matter had previously been set for a Status Conference before the Hon. John A. Mendez on January 6, 2026.

4. The parties agree and request that the Court find that;

　　　a)  The government has represented that the discovery associated with this case includes numerous reports and recordings, including investigative reports, surveillance data, audio and video recordings and photographs, and lab reports. The government has produced some discovery, but represents that more is forthcoming:

1

  b) Counsel for defendants desire additional time to consult with their clients, review current charges, conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and otherwise prepare for trial.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation taking into account the exercise of due diligence;

  d) Neither the Government nor the defense objects to the continuance.

  e) Based upon the above-stated facts, the ends of justice served by the requested continuance outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, Et seq., within which trial must commence, the time period of January 6, 2026 to April 21, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7) (A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  g) Nothing in this stipulation and order shall preclude a finding that other provisions of the Seedy Trial Act dictate that additional time periods are excludable from the time period within a trial must commence.

  IT IS SO STIPULATED

Dated December 15, 2025            ERIC GRANT
                     United States Attorney

                     /s/ Charles W. Campbell
                     Assistant United States Attorney

Dated December 15, 2025

                     /s/ OLAF W. HEDBERG
                     Attorney for Eusebio Cruz

Dated December 15, 2025

                     /s/ PHILLIPPA LAUBEN
                     Attorney for Angel Ponce

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The January 06, 2026 status conference is **VACATED** and **RESET** for **April 21, 2026, at 9:00 a.m.** The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between January 6,2026, and April 21, 2026, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time from January 6, 2026, to and including April 21, 2026, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:  December 16, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE