**WALSH LAW**
Chris Walsh (CA State Bar No. 235118)
Philippa Lauben (CA State Bar No. 186153)
Colin Child (CA State Bar No. 285187)
Stephanie Garcia (CA State Bar No. 349125)
2230 East Bidwell Street, Ste. 100
Folsom, CA 95630
Phone: (916) 443-1111
Email: philippa@walshcriminaldefense.com


Attorneys for Angel Ponce


IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA


| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>EUSEBIO CRUZ and<br>ANGEL PONCE,<br><br>　　　Defendants. | Case Number: 2:24-cr-00306-JAM<br><br>**SIXTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

**STIPULATION**

The Parties Plaintiff United States of America, by and through its counsel of record, Charles Campbell, and defendant Angel Ponce, by and through his counsel of record, Philippa Lauben, and defendant Eusebio Cruz, by and through his counsel of record, Olaf Hedberg hereby stipulate as follows:

1. By stipulation this matter had previously been set for a Status Conference before the Hon. John A Mendez on April 28, 2026;

2. The parties agree and request that the Court find that;

a.  Counsel for defendants desire additional time to consult with their clients, review current charges, conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and otherwise prepare for trial.

b.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation taking into account the exercise of due diligence;

c.  Neither the Government nor the defense objects to the continuance.

d.  Based upon the above-stated facts, the ends of justice served by the requested continuance outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, Et seq., within which trial must commence, the time period of April 28, 2026 to August 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7) (A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

f.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the time period within which a trial must commence.

IT IS SO STIPULATED

Dated: April 13, 2026

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
Assistant United States Attorney

Dated: April 13, 2026

/s/ OLAF W. HEDBERG
Attorney for Eusebio Cruz

Dated: April 13, 2026

/s/ PHILIPPA LAUBEN
Attorney for Angel Ponce

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court **VACATES** the April 28, 2026, status conference and **RESETS** the matter for **August 25, 2026, at 9:00 a.m.** The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between April 28, 2026, and August 25, 2026, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time from April 28, 2026, to and including August 25, 2026, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED

Dated: April 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

3